NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN H. DAVIS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7095

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-2570, Judge Bruce E. Kasold.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the Secretary's motion for a 21-day extension of time, until August 25, 2010, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>AUG 2 4 2010</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:  John H. Davis
     Russell J. Upton, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2010

JAN HORBALY
CLERK